JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAJESH THUTHIJA,<br><br>          Plaintiff,<br><br>   v.<br><br>BANKERS HEALTHCARE GROUP,<br>LLC,<br><br>          Defendant. | Case No. ED CV 23-2453 PA (SPx)<br><br>JUDGMENT OF DISMISSAL |

In accordance with the Court's March 14, 2024 Minute Order dismissing this action for failure to timely serve defendant Bankers Healthcare Group, LLC under Federal Rule of Civil Procedure 4(m) and for lack of prosecution,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

DATED: March 14, 2024

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE